IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| | : | |
| **KIMBERLY E. ALLEN** | : | Case No.    **19-20912-GLT** |
| | : | |
| | : | |
| Debtors | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 9/1/2018 | 10/1/2018 | 11/1/2018 | 12/1/2018 | 1/1/2019 | 2/1/2019 |
|---|---|---|---|---|---|---|
| SS | $ 1,074.00 | $ 1,074.00 | $ 1,074.00 | $ 1,074.00 | $ 1,074.00 | $ 1,074.00 |
| Alimony | $ 232.00 | $ 232.00 | $ 232.00 | $ 232.00 | $ 232.00 | $ 232.00 |
| Total | $ 1,306.00 | $ 1,306.00 | $ 1,306.00 | $ 1,306.00 | $ 1,306.00 | $ 1,306.00 |

DATED:    4/1/2019

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net