IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **KIMBERLY E. ALLEN,** | : | Case No. **19-20912-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 10 |
| **KIMBERLY E. ALLEN**, | : | & 11 |
| *Movant,* | : | |
| vs | : | Filed under Section |
| | : | 362(c)(3) of the |
| AARON'S AES/PHEAA, AMERICAN EXPRESS, AMERICAN HOME | : | Bankruptcy Code |
| PATIENT, AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON, | : | |
| BYL COLLECTION SERVICE, LLC., CREDIT ACCEPTANCE | : | Hearing Date: 4/5/2019 at |
| CORPORATION, DUQUESNE LIGHT COMPANY, ECMC, GREEN | : | 11:00 a.m. |
| TREE SERVICING, LLC., INTERNAL REVENUE SERVICE, INVISION | : | |
| HUMAN SERVICES, PA HOUSING FINANCE AGENCY, | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLE'S NATURAL | : | |
| GAS COMPANY, PITTSBURGH WATER & SEWER AUTHORITY, | : | |
| PORTFOLIO INVESTMENTS II LLC., SHOP NBC, UPMC COMMUNITY | : | |
| MEDICINE, INC., UPMC MAGEE WOMENS HOSPITAL, UPMC | : | |
| PHYSICIAN SERVICES, WASHINGTON COUNTY TAX CLAIM | : | |
| BUREAU and WASTE MANAGEMENT, | : | |
| *Respondents* | | |

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO EXTEND STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **3/16/2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **4/2/2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Michael S. Geisler

DATED: 4/3/2019

_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net