IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **KIMBERLY E. ALLEN,** | : | Case No. **19-20912-GLT** |
| *Debtor* | : | |
| | : | Doc. No._____ |
| **KIMBERLY E. ALLEN**, | : | |
| *Movant,* | : | Filed under Section |
| vs | : | 362(c)(3) of the |
| | : | Bankruptcy Code |
| AARON'S AES/PHEAA, AMERICAN EXPRESS, AMERICAN HOME PATIENT, AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON, BYL COLLECTION SERVICE, LLC., CREDIT ACCEPTANCE CORPORATION, DUQUESNE LIGHT COMPANY, ECMC, GREEN TREE SERVICING, LLC., INTERNAL REVENUE SERVICE, INVISION HUMAN SERVICES, PA HOUSING FINANCE AGENCY, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLE'S NATURAL GAS COMPANY, PITTSBURGH WATER & SEWER AUTHORITY, PORTFOLIO INVESTMENTS II LLC., SHOP NBC, UPMC COMMUNITY MEDICINE, INC., UPMC MAGEE WOMENS HOSPITAL, UPMC PHYSICIAN SERVICES, WASHINGTON COUNTY TAX CLAIM BUREAU and WASTE MANAGEMENT, | : | Related to Doc. #10 |
| *Respondents* | : | |

## ORDER OF COURT

AND NOW, this ___3rd___ day of _____April_____, 2019, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is extended as to all named Respondents and will continue until further order of court.

_____
Jeffery A. Deller
United States Bankruptcy Judge

sjk

FILED
4/3/19 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kimberly E Allen  
    Debtor

Case No. 19-20912-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 2    Date Rcvd: Apr 03, 2019  
    Form ID: pdf900    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.

```
db           +Kimberly E Allen,   1203 Margray Street,    Pittsburgh, PA 15207-2236
cr           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
15007505     +AES/PHEAA,   P.O. Box 8147,    Harrisburg, PA 17105-8147
15007506      American Express,   c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
15007507     +American Home Patient,   P.O. Box 927161,    Philadelphia, PA 19182-0001
15007509     +BYL Collection Service, LLC,   301 Lacey Street,    West Chester, PA 19382-3727
15007510     +Commonwealth of Pennsylvania,    Office of Attorney General,    Collections Unit,
               14th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
15007511     +Credit Acceptance Corporation,    25505 West 12 Mile Road, Suite 3000,
               Southfield, MI 48034-8331
15007512     +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    Suite 3000,
               Southfield, MI 48034-8331
15007515      ECMC,   PO Box 16478,    St Paul, MN 55116-0478
15007518     +Invision Human Services,   12450 Perry Highway,    Wexford, PA 15090-7387
15007522     +Peoples Natural Gas,   P.O. Box 644760,    Pittsburgh, PA 15264-4760
15007523     +Peoples Natural Gas,   Attn: Cash Management Dept.,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
15007524     +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15007526      Shop NBC,   6740 Shady Oak Road,    Solon, OH 44139
15007527     +The Law Offices of Gregory Javardian,   1310 Industrial Boulevard,    First Floor, Suite 101,
               Southampton, PA 18966-4030
15007528      UPMC Community Medicine, Inc.,   P.O. Box 382046,    Pittsburgh, PA 15250-8046
15007529     +UPMC Magee Womens Hospital,   2 Hot Metal Street,    Pittsburgh, PA 15203-2348
15007531     +UPMC Physician Services,   P.O. Box 371980,    Pittsburgh, PA 15250-7980
15007534     +Verizon Wireless,   c/o Portfolio Investments & Recovery,    25 SE 2nd Avenue,
               Miami, FL 33131-1506
15007535     +Washington County Tax Claim Bureau,   100 West Beau Street,    Suite 205,
               Washington, PA 15301-4483
15007538     +Waste Management Residential,   4836 Brecksville Road,    P.O. Box 523,
               Richfield, OH 44286-0523
15007537     +Waste Management Residential,   1001 Fannin Street, Suite 4000,    Houston, TX 77002-6711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15007508      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2019 02:15:45
               American InfoSource LP as agent for,   Verizon,   P.O. Box 248838,
               Oklahoma City, OK 73124-8838
15007514     +E-mail/Text: kburkley@bernsteinlaw.com Apr 04 2019 02:09:11     Duquesne Light Company,
               411 Seventh Avenue,    Pittsburgh, PA 15219-1942
15007513     +E-mail/Text: kburkley@bernsteinlaw.com Apr 04 2019 02:09:11     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15007516      E-mail/Text: bankruptcy.bnc@ditech.com Apr 04 2019 02:08:27     Green Tree Servicing, LLC,
               P.O. Box 0049,   Palatine, IL 60055-0049
15007517      E-mail/Text: cio.bncmail@irs.gov Apr 04 2019 02:08:25     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
15007519     +E-mail/Text: blegal@phfa.org Apr 04 2019 02:08:52     PA Housing Finance Agency,
               211 North Front Street,   Harrisburg, PA 17101-1406
15007520      E-mail/Text: blegal@phfa.org Apr 04 2019 02:08:52     Pa. Housing Finance Agency,
               Attn: Anne C. Klitsch,   P.O. Box 15057,    Harrisburg, PA 17105-5057
15007521      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2019 02:08:37
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
15007525     +E-mail/PDF: rmscedi@recoverycorp.com Apr 04 2019 02:16:15     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
15007530     +E-mail/Text: BankruptcyNotice@upmc.edu Apr 04 2019 02:09:07     UPMC Physician Service,
               1650 Metropolitan Street, 3rd Floor,    Pittsburgh, PA 15233-2213
15007533     +E-mail/Text: EBNProcessing@afni.com Apr 04 2019 02:08:56     Verizon,   c/o AFNI, Inc.,
               P.O. Box 3667,   Bloomington, IL 61702-3667
15007532     +E-mail/Text: ebn@vativrecovery.com Apr 04 2019 02:08:26     Verizon,
               c/o Vativ Recovery Solutions/Palisades,    P.O. Box 40728,    Houston, TX 77240-0728
15007536     +E-mail/Text: rmcbknotices@wm.com Apr 04 2019 02:09:07     Waste Management,   Bankruptcy Dept.,
               2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Ditech Financial LLC fka Green Tree Servicing LLC
```

```
District/off: 0315-2          User: dkam                    Page 2 of 2                  Date Rcvd: Apr 03, 2019
                              Form ID: pdf900               Total Noticed: 36

cr*          +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
              707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
                                                                                             TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              Michael S. Geisler    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 7
```