Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kimberly E Allen**
   Debtor(s)

Bankruptcy Case No.: 19–20912–GLT
Issued Per 5/6/2019 Proceeding
Chapter: 13
Docket No.: 38 – 19
Concil. Conf.: September 12, 2019 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated Apirl 1, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 12, 2019 at 01:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 2 of PA Revenue .

- ☒ H. Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 1 Credit Acceptance.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: May 9, 2019

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kimberly E Allen
   Debtor

Case No. 19-20912-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 2     Date Rcvd: May 09, 2019
                   Form ID: 149     Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.

```
db            +Kimberly E Allen,    1203 Margray Street,     Pittsburgh, PA 15207-2236
cr            +Cecil Township,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr            +City and School District of Pittsburgh,    Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                UNITED STATES OF AMERICA 15219-6101
cr            +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                UNITED STATES OF AMERICA 15219-6101
15007505      +AES/PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
15007506       American Express,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
15007507      +American Home Patient,    P.O. Box 927161,    Philadelphia, PA 19182-0001
15007509      +BYL Collection Service, LLC,    301 Lacey Street,    West Chester, PA 19382-3727
15045789      +Cecil Township,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15045793      +City of Pittsburgh/City of Pittsburgh School Dist.,    Goehring, Rutter & Boehm,
                c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh, PA 15219-6101
15007510      +Commonwealth of Pennsylvania,    Office of Attorney General,    Collections Unit,
                14th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
15007511      +Credit Acceptance Corporation,    25505 West 12 Mile Road, Suite 3000,
                Southfield, MI 48034-8331
15007512      +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    Suite 3000,
                Southfield, MI 48034-8331
15007515       ECMC,    PO Box 16478,    St Paul, MN 55116-0478
15037602       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
15007518      +Invision Human Services,    12450 Perry Highway,    Wexford, PA 15090-7387
15007522      +Peoples Natural Gas,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
15007523      +Peoples Natural Gas,    Attn: Cash Management Dept.,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
15028059      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
15007524      +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
15045790      +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh, PA 15219-6101
15007526       Shop NBC,    6740 Shady Oak Road,    Solon, OH 44139
15007527      +The Law Offices of Gregory Javardian,    1310 Industrial Boulevard,    First Floor, Suite 101,
                Southampton, PA 18966-4030
15007528       UPMC Community Medicine, Inc.,    P.O. Box 382046,    Pittsburgh, PA 15250-8046
15007529      +UPMC Magee Womens Hospital,    2 Hot Metal Street,    Pittsburgh, PA 15203-2348
15007531      +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
15007534      +Verizon Wireless,    c/o Portfolio Investments & Recovery,    25 SE 2nd Avenue,
                Miami, FL 33131-1506
15007535      +Washington County Tax Claim Bureau,    100 West Beau Street,    Suite 205,
                Washington, PA 15301-4483
15007538      +Waste Management Residential,    4836 Brecksville Road,    P.O. Box 523,
                Richfield, OH 44286-0523
15007537      +Waste Management Residential,    1001 Fannin Street, Suite 4000,    Houston, TX 77002-6711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/Text: blegal@phfa.org May 10 2019 02:31:30      PHFA-HEMAP,    211 North Front Street,
                Harrisburg, PA 17101-1466
15007508       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2019 02:44:09
                American InfoSource LP as agent for,    Verizon,    P.O. Box 248838,
                Oklahoma City, OK 73124-8838
15007514      +E-mail/Text: kburkley@bernsteinlaw.com May 10 2019 02:32:08      Duquesne Light Company,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
15007513      +E-mail/Text: kburkley@bernsteinlaw.com May 10 2019 02:32:09      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
15007516       E-mail/Text: bankruptcy.bnc@ditech.com May 10 2019 02:30:49      Green Tree Servicing, LLC,
                P.O. Box 0049,    Palatine, IL 60055-0049
15007517       E-mail/Text: cio.bncmail@irs.gov May 10 2019 02:30:47      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
15007519      +E-mail/Text: blegal@phfa.org May 10 2019 02:31:29      PA Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
15043551       E-mail/Text: blegal@phfa.org May 10 2019 02:31:30      PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG,PA 17105
15007520       E-mail/Text: blegal@phfa.org May 10 2019 02:31:30      Pa. Housing Finance Agency,
                Attn: Anne C. Klitsch,    P.O. Box 15057,    Harrisburg, PA 17105-5057
```

```
District/off: 0315-2           User: dbas                   Page 2 of 2                   Date Rcvd: May 09, 2019
                               Form ID: 149                 Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15007521          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:31:13
                    Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                    Harrisburg, PA 17128-0946
15007525         +E-mail/PDF: rmscedi@recoverycorp.com May 10 2019 02:42:23      Portfolio Investments II LLC,
                    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
15007530         +E-mail/Text: BankruptcyNotice@upmc.edu May 10 2019 02:32:03      UPMC Physician Service,
                    1650 Metropolitan Street, 3rd Floor,    Pittsburgh, PA 15233-2213
15045750          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2019 02:44:09      Verizon,
                    by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
15007533         +E-mail/Text: EBNProcessing@afni.com May 10 2019 02:31:37      Verizon,   c/o AFNI, Inc.,
                    P.O. Box 3667,   Bloomington, IL 61702-3667
15007532         +E-mail/Text: ebn@vativrecovery.com May 10 2019 02:30:49      Verizon,
                    c/o Vativ Recovery Solutions/Palisades,    P.O. Box 40728,    Houston, TX 77240-0728
15007536         +E-mail/Text: rmcbknotices@wm.com May 10 2019 02:32:03      Waste Management,   Bankruptcy Dept.,
                    2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
                                                                                               TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Commonwealth of Pennsylvania, Department of Revenu
cr              DITECH FINANCIAL LLC
cr              Ditech Financial LLC fka Green Tree Servicing LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                  707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
                                                                                     TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
```
              Christos A. Katsaounis    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              Jada Scott Greenhowe    on behalf of Creditor    PHFA-HEMAP jgreenhowe@phfa.org
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Cecil Township jhunt@grblaw.com, cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              Michael S. Geisler    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 12
```