IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

**JUN 27 2019**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-20912-GLT |
| | Chapter 13 |
| KIMBERLEY E. ALLEN, | |
| | Related to Dkt. No. 2 |
| *Debtor*. | |

## ORDER

This matter came before the Court upon the *Application to Pay Filing Fee in Installments* [Dkt. No. 2] ("Application") filed by Debtor on March 8, 2019. The *Application* was granted on March 11, 2019 [Dkt. No. 6]. A *Chapter 13 Plan Dated April 1, 2019* [Dkt. No. 19] ("Plan") was subsequently filed. The *Plan* provided that the entire $310 balance of the filing fee would be paid through its terms. The *Plan* was confirmed on an interim basis by the Court's May 9, 2019 *Order* [Dkt. No. 38]. According to the records of the chapter 13 trustee, Debtor paid $1,480 into the plan through June 2019, and the trustee made disbursements of $1,475 in that same timeframe. No portion of the filing fee has been paid as of the date of this order. The filing fee should have been paid by the trustee from the first available funds paid into the plan.

Based upon the foregoing, it is hereby **ORDERED, ADJUDGED**, and **DECREED**, that:

1. A status conference is scheduled for **July 3, 2019** at **11:00 a.m.** in Courtroom A, U.S. Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219.

Dated: June 27, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtor
Ronda J. Winnecour, Esq.
Michael Geisler, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kimberly E Allen  
      Debtor  

Case No. 19-20912-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jun 27, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db          +Kimberly E Allen,   1203 Margray Street,   Pittsburgh, PA 15207-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:  
          Christos A. Katsaounis   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us  
          Jada Scott Greenhowe   on behalf of Creditor   PHFA-HEMAP jgreenhowe@phfa.org  
          James Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
          Jeffrey R. Hunt   on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
          Jeffrey R. Hunt   on behalf of Creditor   Cecil Township jhunt@grblaw.com, cnoroski@grblaw.com  
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
          Mary F. Kennedy   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC mary@javardianlaw.com, tami@javardianlaw.com  
          Michael S. Geisler   on behalf of Debtor Kimberly E Allen m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                      TOTAL: 12