### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-20912-GLT |
| | : | Chapter: 13 |
| Kimberly E Allen | : | |
| | : | |
| | : | Date: 7/3/2019 |
| Debtor(s). | : | Time: 11:00 |

**FILED**

**JUL 0 3 2019**

**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

## PROCEEDING MEMO

*MATTER:*   #2 - Status Conference re: Payment of Case Filing Fee
          #46 - Report by Trustee

*APPEARANCES:*

   Trustee:   Ronda J. Winnecour
   Debtor:    Michael Geisler [via Courtcall]

*NOTES:*

Winnecour: The confirmation order was entered into the system after the May distribution, and was paid in the June distribution. It is not viable to make a distribution more than once per month.

*OUTCOME:*

1. The Status Conference [Dkt. No. 44] is concluded (Text order to issue).

DATED: 7/3/2019