**FILED**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SEP 1 2 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20912-GLT |
| | : | Chapter: | 13 |
| Kimberly E Allen | : | | |
| | : | | |
| | : | Date: | 9/11/2019 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**      #50 - Motion for Relief from Automatic Stay by Ditech Financial LLC
              #53 - Response by Debtor

**APPEARANCES:**

                Debtor:        Michael S. Geisler
                Ditech:        James Warmbrodt

**NOTES:**

Geisler and Warmbrodt: We both agree to ask the court to continue the proceeding for 60 days.

Warmbrodt: Debtor is slightly behind on plan payments. One payment has been made since the motion was filed, but there is still a balance due. Debtor is seeking loan modification so that would impact this claim and motion.

**OUTCOME:**

1. Ditech's *Motion for Relief from Automatic Stay* [Dkt. No. 50] is continued to November 6, 2019 at 9 a.m. [Text Order to Issue]

2. On or before October 8, 2019, Debtor shall file a motion for entry into the loss mitigation program. [Text Order to Issue]

**DATED:**  9/11/2019