# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:
- **Debtor:** KIMBERLY E ALLEN
- **Case Number:** 19-20912-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 12, 2019 01:30 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:
#19 - Final Confirmation of Plan Dated 4-1-19 (NFC)
#31 - Objection by Com. of PA DOR
#39 - Objection by PHFA-HEMAP
#41 - Objection by Ditech Financial LLC
R/M #: 19 / 0

### Appearances:
Debtor: Geisler
Trustee: Winnecour / Pail / (Katz / DeSimone)
Creditor: Hunt PWSA, Pgh City & SD, Cecil Tp

### Proceedings:
Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12-5-19 at 2:00p.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: