IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                          : Case No.:   19-20912-GLT
                                                                : Chapter:    13
Kimberly E Allen                                                :
                                                                :                                **FILED**
                                                                : Date:       11/6/2019          NOV -6 2019
            *Debtor(s).*                                        : Time:       09:00
                                                                                                 CLERK, U.S. BANKRUPTCY COURT
                                                                                                 WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*    #50 - Continued Motion for Relief from Automatic Stay by Ditech Financial LLC

*APPEARANCES:*
            Debtor:     Michael S. Geisler
            Trustee:    Kate Disimone
            DiTech :    James Warmbrodt

*NOTES:*

Warmbrodt: We had requested the continuance in anticipation of Debtor filing to enter the Loss Mitigation Program. We are agreeable to continue this hearing to see how the LMP goes.

Geisler: I have no objection.

Court: Do you have all the documents ready to upload to the portal?

Geisler: Yes.

Court: We will continue this matter to monitor how the LMP goes.

*OUTCOME:*

1. Ditech Financial LLC's *Continued Motion for Relief from Automatic Stay* [Dkt. No. 50] is CONTINUED to February 12, 2020 at 9:00 am. [Text Order to Issue]

**DATED:** 11/6/2019