IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **KIMBERLY E. ALLEN,** | : | Case No. **19-20912-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 60 |
| **KIMBERLY E. ALLEN**, | : | & 61 |
| *Movant,* | : | |
| vs | : | Hearing Date: 12/4/2019 |
| | : | at 10:00 a.m. |
| **DITECH FINANCIAL, LLC.,** | : | |
| *Respondents* | : | |

### CERTIFICATE OF NO OBJECTION REGARDING
### DEBTOR'S MOTION TO ALLOW LATE ENTRY
### INTO LOSS MITIGATION PROGRAM

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **10/15/2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **11/1/2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 12/3/2019

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net