Case 19-20912-GLT   Doc 66   Filed 12/04/19   Entered 12/04/19 16:27:57   Desc Main
Document      Page 1 of 1

FILED
12/4/19 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 19-20912-GLT
: Chapter: 13
Kimberly E Allen :
:
: Date: 12/4/2019
Debtor(s). : Time: 10:00

## PROCEEDING MEMO

**MATTER:** #60 - Debtor's Motion to Allow Late Entry into the Loss Mitigation Program with Ditech Financial LLC

#65 - CNO Filed

#55 - Status Conference on Debtor's Failure to Comply With Court Order

**APPEARANCES:**
Debtor: Michael S. Geisler
Trustee: Owen Katz

**NOTES:** (9:58)

Court: Why didn't you comply with the initial text order and why did it take you a month to file the CNO?

Geisler: I missed the deadline because I had several deadlines that day, but we're ready to go.

Court: I'm concerned that this is a process that's already been delayed by 45-60 days.

Geisler: The good news is that she's been making her payments.

Katz: Payments have been coming in, but there's a delinquency of about $1,500 - which is about one payment.

Court: Documents must be uploaded within 7 days.

**OUTCOME:**

1. Debtor's *Motion to Allow Late Entry into the Loss Mitigation Program* [Dkt. No. 60] is GRANTED. [O/E]

2. Status Conference on Debtor's Failure to Comply With Court Order [Dkt. No. 55] is CONCLUDED. [Text Order to Issue]

3. Loss Mitigation Order to issue. [CT to Issue]

**DATED:** 12/4/2019