IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **KIMBERLY E. ALLEN,** | : | Case No. **19-20912-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 60 |
| **KIMBERLY E. ALLEN,** | : | & 67 |
| *Movant,* | : | |
| vs | : | |
| | : | |
| **DITECH FINANCIAL, LLC.,** | : | |
| *Respondents* | : | |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have

served a true and correct copy of the within Order dated 12/4/1019 Allowing Late Entry into the

LMP Program, upon the following by First Class Mail, postage prepaid:


RONDA J. WINNECOUR, TRUSTEE
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Mary F. Kennedy, Esquire
Law Offices of Gregory Javardian
1310 Industrial Boulevard
Suite 101
Southampton, PA 18966

James Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Ditech Financial LLC
P.O. Box 12740
Tempe, AZ 85284-0046


DATED: 12/7/2019

/s/ Michael S. Geisler

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor


201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net