# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | KIMBERLY E ALLEN |
| Case Number: | 19-20912-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 05, 2019 02:00 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**FILED**

**DEC 11 2019**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

**Matter:**

#19 - Continued Confirmation of Plan Dated 4/1/2019 (NFC)
R / M #:  19 / 0

**Appearances:**

Debtor: Geisler
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  4-9-20  at  2:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for LMP

11/22/2019 9:42:22AM