IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| **KIMBERLY E. ALLEN,** | : Case No. **19-20912-GLT** |
| *Debtor* | : |
| | : Doc. No._____ |
| **KIMBERLY E. ALLEN**, | : |
| *Movant,* | : |
| vs | : |
| **DITECH FINANCIAL, LLC.,** | : |
| *Respondents* | : |

## LOSS MITIGATION ORDER

A *Motion to Allow Late Entry into Loss Mitigation* was filed by the Debtor on 10/15/2019. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this_____day    of_____*, 20*_____, it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's *Loss Mitigation Program* **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtor:    **KIMBERLY E. ALLEN**
Creditor:    **DITECH FNANCIAL, LLC.**

(2)    *During the Loss Mitigation Period*, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $405.00

(3)    per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(4)    *Within fourteen (14) days from the entry of this Order*, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(5)    *Within seven (7) days from the entry of this Order* or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(6)    *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(7)    *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(8)    **One Hundred and Twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(9)    **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(10)   Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
United States Bankruptcy Judge