IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
KIMBERLY E. ALLEN                                    )
          Debtor                                  ) Bankruptcy Case No. 19-20912-GLT
PEOPLES NATURAL GAS COMPANY, LLC        )
          Movant,                                 ) Related to Docket Nos. 77 and 78
    vs.                                             ) Chapter 13
KIMBERLY E. ALLEN, and RONDA J.            )
WINNECOUR, ESQUIRE, Trustee                  ) Hearing Date: 3/11/20 @ 10:00 A.M.
          Respondents.                         )

## CONSENT ORDER

AND NOW, to-wit, this 19th day of February 2020, comes the parties, by and through their respective counsel and stipulate to this Consent Order:

1. The Debtor has fallen behind on her post petition gas bill since filing the instant case.

2. There has been a Motion for Allowance of Administrative Claim filed. In this case the Debtor has ultimately brought the matter current before a hearing but the pattern of conduct seems to be recurring.

3. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, the ongoing utility budget will then be included in the plan. There will be no exceptions.

4. The instant Motion shall be dismissed without prejudice, but should another Motion be filed in this case then the post petition gas account must be placed in the plan without further controversy.

5. The hearing scheduled for March 11, 2020 is CANCELLED.

_____
jah

Consented to by:

/s/ Michael S. Geisler
Michael S. Geisler, Esquire
Attorney for Debtor
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
412-613-2133
m.s.geisler@att.net

/s/ S. James Wallace
S. James Wallace, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 28815
S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233
412-652-9134
sjw@sjwpgh.com

/s/ Jana S. Pail
Jana S. Pail, Esquire, Atty for Ch. 13 Trustee
Pa. I.D. No. 88910
U.S. Steel Tower, Suite 3250, 600 Grant St.
Pittsburgh, PA 15219
412-471-5470
jpail@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-20912-GLT
Kimberly E Allen                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1            Date Rcvd: Feb 19, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Kimberly E Allen,    1203 Margray Street,    Pittsburgh, PA 15207-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Christos A. Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              Jada Scott Greenhowe    on behalf of Creditor    PHFA-HEMAP jgreenhowe@phfa.org
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Cecil Township jhunt@grblaw.com, cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              Michael S. Geisler    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 12