FILED
4/15/20 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| **KIMBERLY E. ALLEN,** | Case No. **19-20912-GLT** |
| *Debtor* | Related to Dkt. No. 73, 88 |
| **KIMBERLY E. ALLEN**, | |
| *Movant,* | |
| vs | |
| **DITECH FINANCIAL, LLC.,** | |
| *Respondents* | |

## ORDER SUBSTITUTING LMP SERVICER

On 10/15/2019, the above named Debtor(s) filed a *Motion for Late Entry into Loss Mitigation* upon which the Court entered a *Loss Mitigation Order* dated 12/17/2019, at Document No. 73, naming DITECH FINANCIAL, LLC. ("Former Servicer") as the Party responsible for representing the creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtor(s) was notified that the Former Servicer changed and that the current Servicer/Lender, SHELLPOINT MORTGAGE SERVICING, with an address of P.O. Box 740039, Cincinnati, OH 45727-0039 ("Current Servicer"). On 12/24/2019, the Servicer complied with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

*AND NOW,* this **15th day** of **April 2020**, for the foregoing reasons it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1)    DITECH FINANCIAL, LLC. is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is **VACATED** as to it.

(2)    SHELLPOINT MORTGAGE SERVICING is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

(3)    Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

(4)    The Chapter 13 Trustee is authorized and directed to make payments to the SHELLPOINT MORTGAGE SERVICING, beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

_____
GREGORY   TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Michael Geisler, Esq.
    Ronda J. Winnecour, Esq. Ch 13 Trustee
    James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 19-20912-GLT
Kimberly E Allen                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam            Page 1 of 1            Date Rcvd: Apr 15, 2020
                                Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
db            +Kimberly E Allen,    1203 Margray Street,    Pittsburgh, PA 15207-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
      Christos A. Katsaounis    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
       Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
      Jada Scott Greenhowe    on behalf of Creditor   PHFA-HEMAP jgreenhowe@phfa.org
      James  Warmbrodt     on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor   Cecil Township jhunt@grblaw.com,   cnoroski@grblaw.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Mary F. Kennedy    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
       mary@javardianlaw.com,   angie.harrigan@javardianlaw.com
      Michael S. Geisler    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net,
       msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                               TOTAL: 12