FILED
4/15/20 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| **KIMBERLY E. ALLEN,** *Debtor* | Case No. **19-20912-GLT** <br> Related to Dkt. No. 73 |
| **KIMBERLY E. ALLEN**, *Movant,* <br> vs <br> **SHELLPOINT MORTGAGE SERVICING,** *Respondents* | |

## INTERIM MORTGAGE MODIFICATION ORDER

On October 15, 2018 the above named Debtor(s) and Respondent SHELLPOINT MORTGAGE SERVICING. ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the first mortgage on the Debtor's residence.  The terms of the Trial Modification require monthly payments in the amount of $509.18("Trial Payments") to begin on **5/1/2020** and to continue in that amount until **7/1/2020** (the "Trial Modification Period").  In light of the need for an immediate change in the distribution to the Creditor, the Debtor(s) request the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this **15th  day of  April 2020**,  for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that:

(1)    The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period.  Each Trial Payment shall be made in the

**PAWB Local Form 47 (04/14)**                                                                                             Page 1 of 2

Amount of $509.18 for the following months: 5/1/2020, 6/1/2020 and 7/1/2020.  Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2) In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(3) The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period. If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to *W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR 9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(4) Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5) Within three (3) days of entry of this *Order*, Debtor shall serve this *Order on Respondent* and electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

_____
GREGORY L. TADDONO    jah
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Michael S. Geisler, Esq.
    James Warmbrodt, Esq.
    Ronda J. Winnecour, Esq. Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kimberly E Allen  
    Debtor  

Case No. 19-20912-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Apr 15, 2020  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.  
db    +Kimberly E Allen,   1203 Margray Street,   Pittsburgh, PA 15207-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:

    Christos A. Katsaounis   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us  
    Jada Scott Greenhowe   on behalf of Creditor   PHFA-HEMAP jgreenhowe@phfa.org  
    James Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
    Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt   on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt   on behalf of Creditor   Cecil Township jhunt@grblaw.com, cnoroski@grblaw.com  
    Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
    Mary F. Kennedy   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC mary@javardianlaw.com, angie.harrigan@javardianlaw.com  
    Michael S. Geisler   on behalf of Debtor Kimberly E Allen m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
    S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
    TOTAL: 12