FILED
7/7/20 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** KIMBERLY E ALLEN
- **Case Number:** 19-20912-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 02, 2020  11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#19 - Final Confirmation of Plan Dated 4/1/2019 (NFC)
R / M #: 19 / 0

### Appearances:

- Debtor: Webster
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor: Jonathan Chatham - Pa. Dept. of

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____ effective _____
7. ✓ Plan/Motion continued to 9-10-20 at 10:00
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____
   A hearing on the Amended Plan is set for _____ at _____
9. ____ Contested Hearing: _____ at _____
10. ✓ Other:

Payment is increased to $1,1000.00.