FILED
8/27/20 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20912-GLT |
| | : | Chapter: | 13 |
| Kimberly E Allen | : | | |
| | : | | |
| | : | Date: | 8/26/2020 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**   #92 - Status Conference On Loss Mitigation
    #102 - Status Report filed by Debtor

**APPEARANCES**:
    Debtor:    Michael S. Geisler
    Trustee:   Ronda J. Winnecour
    Creditor:  James Warmbrodt

**NOTES:** (11:40)

Geisler: The debtor was supposed to pay $509.18 per LMP payment, which would have totaled $1,527.54. She paid $1,430.18, leaving her short by $97.36. There was a money order paid on July 9, but it's being held in the trustee's office.

Court: It would have been enough to pay as of the July distribution?

Geisler: Yes.

Court: Where does that put things?

Geisler: I received a letter saying the offer has been withdrawn.  I'm not sure if the debtor and sufficient funds were received by July 9.

Court: Was there a problem with making the payment in the full amount?

Geisler: She has a payment problem.

Court: Is her sole source of income retirement and social security?

Geisler: Yes.

Court: It looks like from the schedules she's receiving $200 from family contributions.

Geisler: That would be accurate.  She's been making payments but struggling.

Warmbrodt: We agree with the numbers as cited.

Winnecour: ShellPoint received $460 that we sent out yesterday.  We do hold money orders for 30 days, I don't know why there wasn't an ACH put in place.

Court: If it's widely known there's a 30 day hold, that's something debtors need to take into account. At this point there's not much the Court can do - LMP has been extended through today.  Is there any ability to save this with the payment issued yesterday?

Warmbrodt: I'm not sure what the policy is.  I have no reason to object to extending LMP.

Court: I'll extend the LMP for 45 days.  With a status report within 45 days.

**OUTCOME:**

1. Status Conference On Loss Mitigation [Dkt. No. 92] is CONCLUDED. [Text Order to Issue]

2. The Loss Mitigation Period is extended through October 12, 2020 [Text Order to Issue]

3. On or before October 12, 2020, the debtor shall file a Loss Mitigation Status Report. [Text Order to Issue]

**DATED:** 8/26/2020