# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
9/14/20 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

- Debtor: KIMBERLY E ALLEN
- Case Number: 19-20912-GLT   Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 10, 2020  10:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#19 - Continued Confirmation of Plan Dated 4/1/2019 (NFC)
R / M #: 19 / 0

**Appearances:**

Debtor: Geisler
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: Katsnanis - Pa Revenue

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **10-22-20** at **10:30**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

still need state returns
2018 - 2019
Continue for LMP

9/2/2020    4:59:20PM