# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
10/26/20 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

- **Debtor:** KIMBERLY E ALLEN
- **Case Number:** 19-20912-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 22, 2020 10:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#19 - Continued Confirmation of Plan Dated 4/1/2019 (NFC)
R / M #: 19 / 0

**Appearances:**

- Debtor: Geisler
- Trustee: Winnecour / Pail / Katz / **DeSimone** (circled)
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ✓ Other:

LMP has failed and Debtor cannot afford case without LMP. Trustee requests dismissal without prejudice.

10/14/2020  1:50:01PM