```
                                                              FILED
                                                              11/19/20 12:59 pm
                                                              CLERK
         IN THE UNITED STATES BANKRUPTCY COURT                U.S. BANKRUPTCY
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA              COURT - WDPA
```

In re:                                :
                                      :    Case No. 19-20912-GLT
**KIMBERLY E. ALLEN**,                :    Chapter 13
                                      :
       Debtor,                        :    Related to Dkt. No. 112
                                      :

## ORDER DISMISSING CASE WITHOUT
## PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

      1.    The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

      2.    Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

      3.    The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

      4.    The Clerk of Court shall give notice to all creditors of this dismissal

Dated:  November 19, 2020

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20912-GLT

Kimberly E Allen  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dkam  Page 1 of 3
Date Rcvd: Nov 19, 2020  Form ID: pdf900  Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly E Allen, 1203 Margray Street, Pittsburgh, PA 15207-2236 |
| cr | + | Cecil Township, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15007505 | + | AES/PHEAA, P.O. Box 8147, Harrisburg, PA 17105-8147 |
| 15007506 | | American Express, c/o Becket and Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 15007507 | + | American Home Patient, P.O. Box 927161, Philadelphia, PA 19182-0001 |
| 15007509 | + | BYL Collection Service, LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 15045789 | + | Cecil Township, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15045793 | + | City of Pittsburgh/City of Pittsburgh School Dist., Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15007510 | + | Commonwealth of Pennsylvania, Office of Attorney General, Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15054239 | # | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 15007515 | | ECMC, PO Box 16478, St Paul, MN 55116-0478 |
| 15037602 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 15007516 | | Green Tree Servicing, LLC, P.O. Box 0049, Palatine, IL 60055-0049 |
| 15007518 | + | Invision Human Services, 12450 Perry Highway, Wexford, PA 15090-7387 |
| 15184834 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15007522 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15007523 | + | Peoples Natural Gas, Attn: Cash Management Dept., 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 15028059 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15007524 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15045790 | + | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15007526 | | Shop NBC, 6740 Shady Oak Road, Solon, OH 44139 |
| 15007527 | + | The Law Offices of Gregory Javardian, 1310 Industrial Boulevard, First Floor, Suite 101, Southampton, PA 18966-4030 |
| 15007528 | | UPMC Community Medicine, Inc., P.O. Box 382046, Pittsburgh, PA 15250-8046 |
| 15007529 | + | UPMC Magee Womens Hospital, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15007531 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 15007534 | + | Verizon Wireless, c/o Portfolio Investments & Recovery, 25 SE 2nd Avenue, Miami, FL 33131-1506 |
| 15007535 | + | Washington County Tax Claim Bureau, 100 West Beau Street, Suite 205, Washington, PA 15301-4483 |
| 15007537 | + | Waste Management Residential, 1001 Fannin Street, Suite 4000, Houston, TX 77002-6711 |
| 15007538 | + | Waste Management Residential, 4836 Brecksville Road, P.O. Box 523, Richfield, OH 44286-0523 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Nov 20 2020 04:04:00 | PHFA-HEMAP, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 15007508 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 20 2020 04:38:48 | American InfoSource LP as agent for, Verizon, |

Case 19-20912-GLT  Doc 116  Filed 11/21/20  Entered 11/22/20 00:32:34  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15007511 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 20 2020 03:53:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15007512 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 20 2020 03:53:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 15007513 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 20 2020 04:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C.,, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15007514 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 20 2020 04:04:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15007517 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2020 03:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15007519 | + | Email/Text: blegal@phfa.org | Nov 20 2020 04:04:00 | PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15043551 | | Email/Text: blegal@phfa.org | Nov 20 2020 04:04:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG,PA 17105 |
| 15007520 | | Email/Text: blegal@phfa.org | Nov 20 2020 04:04:00 | Pa. Housing Finance Agency, Attn: Anne C. Klitsch, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 15007521 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15007525 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 20 2020 03:58:07 | Portfolio Investments II LLC, c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 15007530 | + | Email/Text: BankruptcyNotice@upmc.edu | Nov 20 2020 04:04:00 | UPMC Physician Service, 1650 Metropolitan Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 15007532 | + | Email/Text: ebn@vativrecovery.com | Nov 20 2020 03:53:00 | Verizon, c/o Vativ Recovery Solutions/Palisades, P.O. Box 40728, Houston, TX 77240-0728 |
| 15007533 | + | Email/Text: EBNProcessing@afni.com | Nov 20 2020 04:04:00 | Verizon, c/o AFNI, Inc., P.O. Box 3667, Bloomington, IL 61702-3667 |
| 15045750 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 20 2020 04:38:51 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15007536 | + | Email/Text: rmcbknotices@wm.com | Nov 20 2020 04:04:00 | Waste Management, Bankruptcy Dept., 2625 W. Grandview Road, Suite 150, Phoenix, AZ 85023-3109 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | DITECH FINANCIAL LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 3 of 3 |
| Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 48 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Christos A. Katsaounis
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

Jada Scott Greenhowe
    on behalf of Creditor PHFA-HEMAP jgreenhowe@phfa.org

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Cecil Township jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Leon P. Haller
    on behalf of Creditor PHFA-HEMAP lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Mary F. Kennedy
    on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC mary@javardianlaw.com angie.harrigan@javardianlaw.com

Michael S. Geisler
    on behalf of Debtor Kimberly E Allen m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13