**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY E ALLEN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20912 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/08/2019 and confirmed on 05/09/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,780.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,780.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,604.99 | |
| Trustee Fee | 554.14 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,159.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| SHELLPOINT MORTGAGE SERVICING<br>Acct: 9222 | 0.00 | 4,901.75 | 0.00 | 4,901.75 |
| WASHINGTON COUNTY TAX CLM BUREAU<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 0658 | 301.78 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORIT<br>Acct: N220 | 1,565.55 | 0.00 | 0.00 | 0.00 |
| CECIL TOWNSHIP (RE)<br>Acct: 1300 | 141.65 | 0.00 | 0.00 | 0.00 |
| CECIL TOWNSHIP (RE)<br>Acct: 1300 | 7.08 | 0.00 | 0.00 | 0.00 |
| SHELLPOINT MORTGAGE SERVICING<br>Acct: 9222 | 33,927.72 | 0.00 | 0.00 | 0.00 |
| SHELLPOINT MORTGAGE SERVICING<br>Acct: 9222 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORIT<br>Acct: N220 | 15.21 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CREDIT ACCEPTANCE CORP* | 7,125.00 | 2,733.21 | 675.91 | 3,409.12 |
| Acct: 4772 | | | | |
| PHFA-HEMAP(*) | 21,462.68 | 0.00 | 0.00 | 0.00 |
| Acct: 4830 | | | | |
| | | | | 8,310.87 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIMBERLY E ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 6,114.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0658 | | | | |
| PA DEPARTMENT OF REVENUE* | 4,028.47 | 0.00 | 0.00 | 0.00 |
| Acct: 8280 | | | | |
| MICHAEL S GEISLER ESQ | 2,800.00 | 1,604.99 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUR | 310.60 | 0.00 | 0.00 | 0.00 |
| Acct: 0658 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0036 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN HOME PATIENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BYL COLLECTION SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OFFICE OF THE ATTORNEY GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ACCEPTANCE CORP* | 11,715.20 | 0.00 | 0.00 | 0.00 |
| Acct: 4772 | | | | |
| DUQUESNE LIGHT COMPANY* | 3,607.91 | 0.00 | 0.00 | 0.00 |
| Acct: 4005 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECMC(*) | 5,000.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0658 | | | | |
| INVISION HUMAN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 4,273.22 | 0.00 | 0.00 | 0.00 |
| Acct: 0845 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PITTSBURGH WATER & SEWER AUTHORIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO INVESTMENTS II LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-20912 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GREGORY JAVARDIAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SHOP NBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC COMMUNITY MEDICINE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC PHYSICIANS SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 349.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 455.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 1,541.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 8280 | | | | |
| | INTERNAL REVENUE SERVICE* | 1,314.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 0658 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITY AND SCHOOL DISTRICT OF PITTSBUR | 587.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 0658 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                                           8,620.87

TOTAL CLAIMED
PRIORITY            10,763.08
SECURED             64,546.67
UNSECURED           28.846.17

Date: 12/31/2020                                                                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com